# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**TYRRELL JOHNSON**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:06-CR-00242-001**

C. Leonetti, AFD
Defendant's Attorney

**THE DEFENDANT:**
[ ]  admitted guilt to violation of charge(s) ___ as alleged in the violation petition filed on ___.
[✔]  was found in violation of condition(s) of supervision as to charge(s) ONE after denial of guilt, as alleged in the violation petition filed on September 14, 2006 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| CHARGE ONE | FAILURE to FOLLOW INSTRUCTION of the PROBATION OFFICER | 08/30/2006 |

The court: [ ] revokes:  [ ] modifies:  [✔] continues probation under same conditions of supervision heretofore ordered on  AUGUST 2, 2006  with 30 days custody with Credit for Time Served; all previously imposed conditions of release remain in full force & effect with additional condition listed on page 3   .

     The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]     Charge(s)  ___  is/are dismissed.

     IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

NOVEMBER 6, 2006
Date of Imposition of Sentence

/s/ Sandra M. Snyder
Signature of Judicial Officer

**SANDRA M. SNYDER**, United States Magistrate Judge
Name & Title of Judicial Officer

11/7/2006
Date

| | | |
|---|---|---|
| CASE NUMBER: | 1:06-CR-00242-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | TYRRELL JOHNSON | |

# PROBATION

Defendant continues on 12 months Probation as previously imposed on August 2, 2006.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔]  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[ ]  The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]  The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student. (Check, if applicable.)

[ ]  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant is sentenced to 30 days Custody with Credit for Time Served.

2. All previously imposed conditions of release remain in full force & effect.

3. Defendant is hereby sentenced to an additional condition of probation from those previously imposed:
   Additional condition - within 24 hours of defendants release from custody or no later than 4:00pm, Tues., Nov. 7, 2006, you are to report to the probation officer for transport to Community Behavioral Health Center, Fresno, CA &/or Fresno Co. Psychiatric Services, Fresno, CA, for a Welfare and Institution Code Section 5150 evaluation. If admitted, within 24 hours of discharge from said facility, you are to report in person to the probation office.