DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TYRRELL JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-242 OWW |
| Plaintiff, | ORDER RE: EXAMINATION OF DEFENDANT FOR DETERMINATION OF MENTAL COMPETENCY |
| v. | |
| TYRRELL JOHNSON, | |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

Upon the motion of counsel for the defendant, Tyrrell Johnson, pursuant to 18 U.S.C. § 4241 (a) (1984), after hearing, and reasonable cause being found to believe that Mr. Johnson suffers from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, the Court hereby orders, as follows, pursuant to § 4241 (b):

(1)  That a psychiatric examination of Mr. Johnson be conducted, pursuant to § 4247 (b);

(2)  That Mr. Johnson be committed to the custody of the Attorney General for placement in a suitable facility to be examined for a reasonable period, not to exceed thirty (30) days, pursuant to § 4247 (b);

(3)  That the United States Probation Office provide the court-appointed examiner with any material in its possession relating to the determination of Mr. Johnson's mental competency;

(4)  That a psychiatric report be filed with the Court and copies be provided to the parties, through their respective counsel, pursuant to the provisions of § 4247 (b) - (c); and

1  (5) That a hearing be conducted thereupon, pursuant to the provisions of § 4247 (d).

2  (6) That the matter will be brought back on calendar for a status check to make sure the procedures

3  are being followed: December 13, 2006 at 1:45 p.m. in Dept 8 of the above indicated court.

IT IS SO ORDERED.

**Dated:   December 11, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE

Order Re: Examination of Defendant
for Determination of Mental Competency         −2−