DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TYRRELL JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-242 OWW |
| Plaintiff, | SUPPLEMENTAL ORDER RE: EXAMINATION OF DEFENDANT |
| v. | |
| TYRRELL JOHNSON, | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

On December 11, 2006, the Court ordered, pursuant to 18 U.S.C. § 4241 (a) (1984), that a psychiatric examination of Mr. Johnson be conducted and a psychiatric report be filed with the Court and copies be provided to the parties, under the provisions of § 4247 (b) - (c).

The Court hereby orders that the aforementioned examination shall be conducted by Dr. A. A. Howsepian at the Fresno County Jail on Friday, December 22, 2006 at 1:00 p.m.

Dr. Howsepian's report shall include: (1) Mr. Johnson's medical and psychiatric history and present symptoms; (2) a description of any medical tests that the examiner may employ and their results; (3) the examiner's findings; and (4) the examiner's opinions as to diagnosis, prognosis, and whether Mr. Johnson is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Dr. Howsepian is to submit his bill to the Court upon conclusion of the examination and report. This order authorizes up to ten hours of services by Dr. Howsepian at his governmental rate of $250.00 per hour,

for a total authorization of $2500.00. Any additional services will need to be approved in advance by the Court.

IT IS SO ORDERED.

**Dated:     December 19, 2006**                  /s/ Lawrence J. O'Neill
b9ed48                                            UNITED STATES MAGISTRATE JUDGE