DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TYRRELL JOHNSON

**FILED**

JAN 3 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-242 |
| Plaintiff/Respondent, | [PROPOSED] WRIT OF *HABEAS CORPUS* |
| v. | |
| TYRRELL JOHNSON, | Judge: Hon. Lawrence J. O'Neill |
| Defendant/Petitioner. | |

*with no objection by the Government,*

Petitioner, Tyrrell Johnson's, petition for writ of *habeas corpus* is granted, and the United States Bureau of Prisons and the United States Marshal for this district are hereby ordered to produce Mr. Johnson forthwith for appearance in the Eastern District of California.

DATED: January 31, 2007

_____
Hon. LAWRENCE J. O'NEILL
United States Magistrate Judge