UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,   )   1:06-CR-00242 AWI
                            )
            Plaintiff,      )
vs.                         )   ORDER FOR COMMITMENT
                            )   PURSUANT TO 18 USC 4241(d)
                            )
TYRRELL D. JOHNSON,         )
                            )
            Defendant,      )
_____)
```

The Court having received and reviewed the evaluation report that was prepared for TYRRELL D. JOHNSON and having given Counsel an opportunity to be heard in open Court with defendant present on March 1, 2007;

IT IS HEREBY ORDERED that pursuant to 18 USC 4241(d), the defendant, TYRRELL D. JOHNSON, is committed back to the Custody of the Attorney General.

IT IS SO ORDERED.

**Dated:   March 13, 2007**          **/s/ Dennis L. Beck**
9b0hie                               UNITED STATES MAGISTRATE JUDGE

1