IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV F 06-00242 AWI DLB |
| Plaintiff(s), | ORDER |
| v. | (DOC ) |
| TYRELL JOHNSON, et al., | |
| Defendant(s). | |

Pursuant to 18 U.S.C. § 4241, this Court previously found defendant was suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The Court ordered that defendant committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d).

On September 20, 2007 Attorney General submitted a report concluding that defendant was not restorable to competency in the foreseeable future. The report further recommended, based upon the conclusions of the Risk Assessment Panel, that proceeding pursuant to 18 U.S.C. § 4246 were appropriate.

The Court finds that defendant is not restorable to competency within a reasonable time.

1

The U.S. Attorney has requested and the Court has ordered that the allegation of violation of probation pending against defendant be dismissed, based solely upon defendant's mental condition and the Court's finding that he is incompetent.

Based upon the report from the Attorney General it appears that proceedings under 18 U.S.C. § 4246 are appropriate and shall be initiated by the Attorney General.

IT IS SO ORDERED.

**Dated:**   **November 19, 2007**             /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE