McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:06-CR-00242 DLB |
| Plaintiff, ) | |
| ) | ORDER FOR DISMISSAL OF |
| v. ) | PETITION FOR WARRANT OR |
| ) | SUMMONS FOR OFFENDER UNDER |
| TYRRELL D. JOHNSON, ) | SUPERVISION |
| Defendant. ) | |

IT IS HEREBY ORDERED THAT:

Upon motion of the Government, the pending Petition for Warrant or Summons for Offender Under Supervision (Probation Form 12C) be dismissed, without prejudice, solely for reasons related to the mental condition of the defendant.

IT IS SO ORDERED.

**Dated:   November 19, 2007**              /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE

1